**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-2005**

TYNIA LEVESY,

        Plaintiff - Appellant,

    v.

CHRISTOPHER SCOLESE, Director of National Reconnaissance Office; MIIGUEL A. RIVERA, Director, Office of Equality and Inclusion (NRO); LAWRENCE PACE, Deputy Director, Office of Equality and Inclusion (NRO); QUINZETTA HAYES-WATSON, Chief, Accommodations Program (NRO),

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Rossie David Alston, Jr., District Judge.  (1:22-cv-01234-RDA-IDD)

Submitted:  March 28, 2024                                    Decided:  April 1, 2024

Before KING and RUSHING, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Tynia Levesy, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tynia Levesy appeals the district court's judgment entered after the court granted Defendants' motion to dismiss and for summary judgment on Levesy's discrimination and retaliation claims, brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17; the American with Disabilities Act, 42 U.S.C. §§ 12101 to 12213; and the Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701 to 796*l*. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Levesy v. Scolese*, No. 1:22-cv-01234-RDA-IDD (E.D. Va. filed Sept. 7, 2023 & entered Sept. 8, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*